FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 1 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy   DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC MILLER, | Case No. CV 12-00258 JST (AN) |
|     Petitioner, | |
| v. | JUDGMENT |
| M. D. BITER, Warden, | |
|     Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: November 12, 2012

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 1 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY   DEPUTY